# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA – ALBANY DIVISION

WESTFIELD INSURANCE COMPANY,

    Plaintiff,

VS.                                                                NO. 1:23-CV-81 (LAG)

INTERNATIONAL FIRE PROTECTION, INC.,

    Defendant/Third-Party Plaintiff,

VS.

VRL HOTELS 12, LLC.

    Third-Party Defendant.

## STIPULATION OF DISMISSAL AS TO ALL CLAIMS

COME NOW the Parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and announce to the Court that all claims of the Plaintiff Westfield Insurance Company against Defendant International Fire Protection, Inc. and all claims of Third-Party Plaintiff International Fire Protection, Inc. against Plaintiff VRL Hotels 12, LLC have been compromised and settled. Therefore, the Parties hereby stipulate that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Respectfully Submitted,

**de LUCA LEVINE, LLC**

By: *Matthew Connolly*
MATTHEW CONNOLLY (admitted pro hac vice)
de Luca Levine, LLC
301 E. Germantown Pike, 3rd Floor
East Norriton, PA 19401
215-383-0081
Mconnolly@delucalevine.com

KEVIN PATRICK (GA. Bar No. 225211)
2860 Piedmont Road, N.E. Suite 140
Atlanta, GA 30305
(404) 566-8964
kevin@patricktriallaw.com

*Attorneys for Plaintiff/Third-Party Defendant*


**ALLEN, SUMMERS & GRESHAM**

By: *Heather W. Fletcher*
JOSEPH M. KOURY (#428850)
HEATHER W. FLETCHER (*pro hac vice*)
Allen, Summers & Gresham, PLLC
Attorneys for Defendant
80 Monroe Avenue, Suite 650
Memphis, Tennessee 38103
(901) 763-4200
jkoury@allensummers.com
hfletcher@allensummers.com

*Counsel for Defendant/Third-Party Plaintiff*